BRIAN J. STRETCH (CABN 163973)
United States Attorney

PHILIP A. GUENTERT (CABN 147374)
Acting Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7021
    FAX: (415) 436-7234
    Helen.Gilbert@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 16-299 CRB |
| Plaintiff, | ) [~~PROPOSED~~] DETENTION ORDER |
| v. | ) |
| TRAVON JACOBS, | ) |
| Defendant. | ) |

On July 5, 2016, a grand jury returned an Indictment charging defendant Travon Jacobs with a violation of Title 18, United States Code, Section 922(g)(1) – felon in possession of a firearm. The defendant Travon Jacobs came before this Court on August 1, 2016, for a detention hearing. The defendant was present and represented by his counsel, Assistant Federal Public Defender Galia Amram. Assistant United States Attorney Helen L. Gilbert represented the United States. The government requested detention, submitting that no condition or combination of conditions would assure the defendant's appearance or reasonably assure the safety of the community. Pretrial Services submitted a report recommending detention.

Upon consideration of the Pretrial Services report, the court file, and the party proffers, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably

assure the safety of the community, and also finds on the present record by a preponderance of the evidence that no condition or combination of conditions would assure the defendant's appearance. The Court orders the defendant detained.

This Order supplements the Court's findings at the detention hearing and serves as written findings of fact and statement of reasons as required by Title 18, United States Code, Section 3142(i).

The Bail Reform Act of 1984 sets forth the factors which the Court must consider in determining whether pretrial detention is warranted. In coming to its decision, the Court has considered those factors, paraphrased below:

(1)  the nature and seriousness of the offense charged;

(2)  the weight of the evidence against the person;

(3)  the history and characteristics of the person including, among other considerations, employment, past conduct and criminal history, and records of court appearances; and

(4)  the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

18 U.S.C. § 3142(g).

In considering all of the facts and proffers presented at the hearing, the Court finds the following factors among the most compelling in reaching its conclusion that no combination of conditions could reasonably assure the defendant's appearance as required. The defendant demonstrated a lack of adjustment to supervision while under Judge Chesney's supervision following the defendant's June 17, 2009 conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The Court finds these were not merely technical violations, but involved multiple arrests, some of which involved violence against others. Additionally, the defendant previously violated his state probation and sustained two prior state felonies.

Accordingly, pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

(1) the defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

(2) the defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3) on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS ORDERED.

Dated: August __2__ , 2016

_____
HON. JOSEPH C. SPERO
Chief United States Magistrate Judge