1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

4 | HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055

6     San Francisco, California 94102-3495
    Telephone: (415) 436-7021

7     FAX: (415) 436-7234
    Helen.Gilbert@usdoj.gov

8
Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 16-299 CRB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ~~[PROPOSED]~~** |
|  | ) **ORDER CONTINUING SUPPRESSION** |
| v. | ) **HEARING AND EXCLUDING TIME** |
| TRAVON JACOBS, | ) |
| Defendant. | ) |

During the parties' appearance on October 26, 2016, the Court set an evidentiary hearing on the defendant's motion to suppress, which was filed on September 14, 2016, for November 29, 2016. Due to the unavailability of a defense witness on November 29, 2016, the parties hereby jointly request that the Court reschedule this evidentiary hearing to January 19, 2016. Time is excluded from any time limits applicable under 18 U.S.C. § 3161 by virtue of the defendant's motion to suppress, which is still pending before the Court. 18 U.S.C. § 3161(h)(1)(D).

//

//

STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING HEARING AND EXCLUDING TIME
CR 16-299 CRB                                         1

IT IS SO STIPULATED:

                                    BRIAN J. STRETCH
                                    United States Attorney

DATED: November 23, 2016

                                  _____/s/_____
                                  HELEN L. GILBERT
                                  Assistant United States Attorney

DATED: November 23, 2016

                                  _____/s/_____
                                  GALIA AMRAM
                                  Attorney for Defendant, Travon Jacobs

<u>Attestation of Filer</u>

     In addition to myself, the other signatory to this document is <u>Galia Amram</u>.  I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: November 23, 2016                                   _____/s/_____
                                                                  HELEN L. GILBERT
                                                                   Assistant United States Attorney

**[PROPOSED] ORDER**

The evidentiary hearing set for November 29, 2016 regarding defendant's Motion to Suppress, filed on September 14, 2016, is continued to January 19, 2016.  Time is excluded from the time limits applicable under 18 U.S.C. § 3161 pursuant to 18 U.S.C. § 3161(h)(1)(D), as the defendant's Motion to Suppress is still pending before the Court.

IT IS SO ORDERED.

DATED: __11/28/2016_____

_____
HONORABLE CHARLES R. BREYER
United States District Court Judge